UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LACOSTA GARDENSHIRE,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>   Defendant. | CV-15-3056-FVS<br><br>ORDER REMANDING FOR FURTHER PROCEEDINGS |

**THE PARTIES** having jointly moved for remand; Now, therefore

**IT IS HEREBY ORDERED**:

1. The parties "Stipulated Motion" (**ECF No. 14**) is **granted**.

2. Plaintiff's "Motion to File Excess Pages" (**ECF No. 12**) is **denied as moot**.

3. "Plaintiff's Motion for Summary Judgment" (**ECF No. 13**) is **denied as moot**.

**IT IS SO ORDERED**.  The District Court Executive is hereby directed to file this Order, furnish copies to counsel, and close the case.

**DATED** this 1st day of December, 2015.

s/Fred Van Sickle
FRED VAN SICKLE
Senior United States District Judge

Order ~ 1